[No. 9853-2-III.   Division Three.   October 25, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CORRAL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 88-1-00177-5, Charles W. Cone, J., entered January 24, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[Nos. 10192-4-III; 10243-2-III.   Division Three.   October 25, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN A. HOWARD, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Grant County, No. 89-1-00070-1, Jerry M. Moberg, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 23826-4-I.   Division One.   October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-04441-1, Charles V. Johnson, J., entered February 13, 1989. *Dismissed* by unpublished per curiam opinion.